IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PLACIDO PEREZ,

        Petitioner,

vs.                                       CIVIL NO.  07-241 BB/LFG

GEORGE TAPIA, Warden, and
GARY K. KING, Attorney General
of the State of New Mexico,

        Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDED DISPOSITION AND DISMISSING ACTION WITHOUT PREJUDICE

THIS MATTER came before the Court on the Magistrate Judge's Findings and Recommended Disposition filed May 22, 2007 [Doc. 10].  Petitioner did not file objections and the deadline for filing objections has passed.  The Court accepts the findings and recommended disposition.

IT IS HEREBY ORDERED that the findings and recommended disposition of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that the petition is denied and this action and all of Petitioners claims be, and it hereby are, dismissed without prejudice for failure to exhaust state court remedies.

_____
UNITED STATES DISTRICT JUDGE